## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EILEEN KOVACH,<br><br>   Plaintiff,<br><br>  v.<br><br>CAROLYN W. COLVIN,<br>ACTING COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>   Defendant. | CASE NO. 1:13-cv-01626-GBC<br><br>(MAGISTRATE JUDGE COHN)<br><br>ORDER GRANTING PLAINTIFF'S APPEAL, VACATING THE DECISION OF THE COMMISSIONER, AND REMANDING FOR FURTHER PROCEEDINGS<br><br>Docs. 1, 5, 6, 11, 14 |

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1. The Clerk of Court shall enter judgment in favor of Eileen Kovach and against the Commissioner as set forth in the following paragraph.

2. The decision of the Commissioner of Social Security denying Eileen Kovach social security disability insurance benefits is vacated and the case remanded to the Commissioner of Social Security to:

Conduct a new administrative hearing;

Appropriately evaluate the opinions of Dr. Paul Fox, M.D. and, Dr. David Trostle, M.D, and, if necessary, elicit further medical opinion regarding Eileen Kovach's residual functional capacity; and

Appropriately evaluate Eileen Kovach's credibility.

    3. The Clerk of Court shall close this case.

Dated: September 26, 2014

                                                       s/Gerald B. Cohn
                                                       GERALD B. COHN
                                                       UNITED STATES MAGISTRATE JUDGE